## RECONSIDERATION DOCKET

**00–2123. Estate of Oliver v. Dewey.**
Lake App. No. 99–L–156. Reported at 93 Ohio St.3d 1231, 758 N.E.2d 671. On motion for reconsideration. Motion denied.

**01–1803. Natl. City Bank v. Facilities Asset Mgt., Inc.**
Cuyahoga App. No. 78410. Reported at 94 Ohio St.3d 1411, 759 N.E.2d 787. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**01–1807. Luckenbill v. Hamilton Mut. Ins. Co.**
Darke App. No. 1524. Reported at 94 Ohio St.3d 1411, 759 N.E.2d 787. On motion for reconsideration. Motion granted and appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**01–1886. State ex rel. St. Clement of Ohrid Macedonian Orthodox Church v. McGough.**
Lorain App. No. 01CA007787. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. It appears from the records of this court that appellants have not filed a merit brief, due January 28, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*